THE STATE EX REL. DUNN, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Dunn v. Indus. Comm.* (2000), 87 Ohio St.3d 451.]

(No. 99–854—Submitted November 16, 1999—Decided January 12, 2000.)

*Harris & Burgin* and *Andrea L. Burns,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Patrick MacQueeney,* Assistant Attorney General, for appellants Industrial Commission and Administrator, Bureau of Workers' Compensation.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.